**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6758**

GREGORY SIMMONS-BEY, a/k/a Alton Gregory Simmons-Bey,

Plaintiff - Appellant,

v.

NANCY MCFARLAND, City of Raleigh; CHRISTOPHER A. MACKAY; RISK MANAGEMENT DIVISION; DOROTHY K. LEAPLEY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03297-D)

Submitted:  November 17, 2020                    Decided:  November 20, 2020

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Simmons-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Simmons-Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons-Bey v. McFarland*, No. 5:19-ct-03297-D (E.D. Va. May 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*